**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Gregory RODRIQUEZ, Appellant.**

Supreme Court of Pennsylvania.

April 15, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.

**Mark A. WENSEL, Respondent**

v.

**Janice A. WENSEL, Petitioner.**

Supreme Court of Pennsylvania.

April 19, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of April, 2004, the Petition for Allowance of Appeal is hereby **GRANTED** to consider the following issue:

Whether the Superior Court erred in affirming the trial court's dismissal of Petitioner's exceptions based on Berks County Local Rule 1920.55, when Rule 1920.55 is in conflict with Pennsylvania Rule of Civil Procedure 239(f).

**In the Matter of Craig R. MITNICK.**

Supreme Court of Pennsylvania.

April 23, 2004.

### *ORDER*

PER CURIAM.

AND NOW, this 23rd day of April, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated March 15, 2004, are approved and IT IS ORDERED that CRAIG R. MITNICK, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.